BEFORE THE SECOND DIVISION, MAY 13, 1964

No. 68541.—Lyons Transport v. United States, protest 61/11131–12116 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68542.—Raleigh Industries of America, Inc., et al. v. United States, protests 62/2651, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 68543.—Schick X-Ray Co., Inc., et al. v. United States, protests 59/1631, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiffs was sustained.

No. 68544.—Geo. S. Bush & Co., Inc., and Heidner & Co. v. United States, protests 60/23985 and 61/2464 (Portland, Oreg.).